STATE of Missouri, Respondent,

v.

**Justin Matthew DOWNEY, Appellant.**

**No. WD 49404.**

Missouri Court of Appeals, Western District.

April 25, 1995.

Thomas J. Downey, Jefferson City, for appellant.

Robert W. Russell, Asst. Pros. Atty., Cole County, Jefferson City, for respondent.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Justin Matthew Downey was convicted of driving while intoxicated, § 577.010, RSMo 1994, and sentenced to two days in jail. He presents two points on appeal claiming that: (1) he was denied his statutory right to counsel under § 544.170, RSMo 1994; and (2) the relevant evidence does not support his guilt beyond a reasonable doubt. The judgment of the trial court is affirmed. Rule 30.25(b).

**Zane B. EDGINGTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49579.**

Missouri Court of Appeals, Western District.

April 25, 1995.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).